AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Padova, John R. | U.S. District Court, Eastern District of Pennsylvania | 02/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Regina Academics |
| 2. | Board of Trustees | Chestnut Hill Hospital |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Holdings (H) | | | | | | | | | |
| 2. PNC BANK (cash) | B | Interest | M | T | | | | | |
| 3. Citizens Bank (cash) | A | Interest | K | T | | | | | |
| 4. USAA Bank (cash) | A | Interest | K | T | | | | | |
| 5. Exelon (EXC) | A | Dividend | K | T | | | | | |
| 6. Boston Cap SER 15 | A | Distribution | J | U | | | | | |
| 7. Vanguard Bond Market | C | Dividend | M | T | | | | | |
| 8. Vanguard 500 INDEX | D | Dividend | O | T | | | | | |
| 9. Account #1 (H) | | | | | | | | | |
| 10. AllianceBernstein Multi Manager Alt Fnd (AB15670) | A | Dividend | M | T | | | | | |
| 11. Account #2 (H) | | | | | | | | | |
| 12. Bernstein Intermediate Duration Portfolio (SNIDX) | D | Dividend | N | T | Buy (add'l) | 12/18/20 | J | | |
| 13. AB Global Bond Fund (ANAYX) | D | Dividend | N | T | | | | | |
| 14. AB High Income Fund (AGDZX) | A | Dividend | K | T | Buy | 06/01/20 | K | | |
| 15. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 16. AB Discovery Value (ABYSK) | A | Dividend | J | T | Buy (add'l) | 09/18/20 | J | | |
| 17. AB Discovery Growth (CHCYX) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  AB Small Cap Core Portfolio (SCRYX) | A | Dividend | J | T | Sold (part) | 09/18/20 | J | | |
| 19.  Adobe Inc (ADBE) (X) | A | Dividend | J | T | | | | | |
| 20.  Aecom (ACM) (X) | A | Dividend | J | T | | | | | |
| 21.  Alphabet Inc-Cl C (GOOG) | | None | J | T | | | | | |
| 22.  Amazon.com Inc (AMZN) | | None | | | Buy | 01/03/20 | J | | |
| 23. | | | | | Sold | 02/05/20 | J | | |
| 24.  American Campus Communities (ACC) (X) | A | Dividend | J | T | | | | | |
| 25.  American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 26.  Americold Realty Trust (COLD) (X) | A | Dividend | J | T | | | | | |
| 27.  Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 28.  Apple (AAPL) | A | Dividend | J | T | | | | | |
| 29.  Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 30.  Autozone Inc (AZO) | | None | J | T | Buy (add'l) | 05/18/20 | J | | |
| 31.  Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 32.  Berkshire Hathaway Inc (BRKA) | | None | | | Sold | 09/17/20 | J | | |
| 33.  Booz Allen Hamilton Holding (BAH) (X) | A | Dividend | J | T | | | | | |
| 34.  Boeing Co/The (BA) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Booking Holdings Inc (BKNG) (X) | | None | | | Sold | 08/24/20 | J | | |
| 36.  Broadcom Inc (AVGO) (Y) | | | | | | | | | |
| 37.  CBRE Group Inc (CBRE) | | None | J | T | | | | | |
| 38.  CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 39.  Check Point Software (CHKP) (Y) | | | | | | | | | |
| 40.  Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 41.  Cisco Systems (CSCO) (Y) | | | | | | | | | |
| 42.  Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 43.  Citrix Systems Inc (CXTS) (X) | A | Dividend | J | T | | | | | |
| 44.  CME Group Inc (CME) | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 45.  Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 46.  Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 47.  CSX Corporation (CSX) (X) | A | Dividend | J | T | | | | | |
| 48.  CubeSmart (CUBE) (Y) | | | | | | | | | |
| 49.  Deckers Outdoor Corporation (DECK) (X) | A | Dividend | J | T | | | | | |
| 50.  Dollar General Corporation (DG) | A | Dividend | | | Sold | 06/15/20 | J | | |
| 51.  Delta Airlines Inc (DAL) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Eaton Corp (ETN) (Y) | | | | | | | | | |
| 53.  Edwards Lifesciences (EW) | | None | J | T | | | | | |
| 54.  Electronic Arts (EA) | | None | J | T | | | | | |
| 55.  EOG Resources Inc (EOG) | A | Dividend | J | T | | | | | |
| 56.  Everest Re Group Ltd (RE) (Y) | | | | | | | | | |
| 57.  Facebook Inc-A (FB) | | None | J | T | | | | | |
| 58.  Fidelity National Information (FIS) (Y) | | | | | | | | | |
| 59.  FNF Group (FNF) (Y) | | | | | | | | | |
| 60.  Genpact Limited (G) (X) | A | Dividend | J | T | | | | | |
| 61.  Goldman Sachs Group Inc (GS) | A | Dividend | J | T | | | | | |
| 62.  Home Depot (HD) | A | Dividend | J | T | | | | | |
| 63.  Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 64.  Intel Corp (INTC) (Y) | | | | | | | | | |
| 65.  JP Morgan Chase & Co (JPM) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 66.  Knight Swift Transportation (KNX) | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 67.  LPL Financial Holdings Inc (LPLA) (X) | A | Dividend | J | T | | | | | |
| 68.  LyondellBaseball Industries (LYB) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. L3Harris Technologies Inc (LHX) (X) | A | Dividend | J | T | | | | | |
| 70. Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 71. Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 72. Merck & Co. Inc (MRK) (Y) | | | | | | | | | |
| 73. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 74. Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 75. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 76. Nike Inc. - Cl B (NKE) | A | Dividend | J | T | | | | | |
| 77. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 78. NVIDIA Corp (NVDA) (X) | A | Dividend | J | T | | | | | |
| 79. NXP Semiconductors N V (NXPI) (X) | A | Dividend | J | T | | | | | |
| 80. Novo Nordisk (NVO) (Y) | | | | | | | | | |
| 81. Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 82. Paypal Holdings (PYPL) | A | Dividend | J | T | | | | | |
| 83. Pepsico Inc (PEP) | A | Dividend | | | Sold | 11/23/20 | J | | |
| 84. Pfizer PFE (PFE) | A | Dividend | | | Sold | 11/09/20 | J | | |
| 85. Phillips 66 (PSX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. PNC Financial Svcs Group Inc (PNC) | A | Dividend | J | T | | | | | |
| 87. Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 88. Progressive Corp (PGR) | A | Dividend | J | T | | | | | |
| 89. Prologis Inc (PLD) (X) | A | Dividend | J | T | | | | | |
| 90. Qualcomm Inc (QCOM) (X) | A | Dividend | J | T | | | | | |
| 91. Raytheon Company (RTN) (Y) | | | | | | | | | |
| 92. Regency Centers Corp (REG) (Y) | | | | | | | | | |
| 93. Regeneron Pharmaceuticals (REGN) | A | Dividend | J | T | | | | | |
| 94. Reinsurance Group of America (RGA) (Y) | | | | | | | | | |
| 95. Roche Holding Ltd (RHHBY) | A | Dividend | J | T | | | | | |
| 96. Ross Stores Inc (ROST) (Y) | | | | | | | | | |
| 97. Royal Dutch Shell PLC-ADR (RDS.A) (Y) | | | | | | | | | |
| 98. Starbucks Corp (SBUX) (Y) | | | | | | | | | |
| 99. Synchrony Financial (SYF) (Y) | | | | | | | | | |
| 100. Southwest Airlines (LUV) (X) | A | Dividend | J | T | | | | | |
| 101. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 102. TJX Companies (TJX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. United Rentals Inc (URI) (X) | A | Dividend | J | T | | | | | |
| 104. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 105. US Foods Holding Corp (USFD) (Y) | | | | | | | | | |
| 106. Verizon Communications, Inc (VZ) | A | Dividend | J | T | | | | | |
| 107. Vertex Pharmaceuticals (VRTX) | | None | J | T | | | | | |
| 108. VISA Inc (V) | A | Dividend | J | T | | | | | |
| 109. Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 110. Walt Disney (DIS) | A | Dividend | | | Sold | 02/07/20 | J | | |
| 111. Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 112. Westlake Chemical (WLK) | A | Dividend | J | T | | | | | |
| 113. Xilinx Inc (XLNX) (X) | A | Dividend | J | T | | | | | |
| 114. Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 115. Bernstein International (SIMTX) (Y) | | | | | | | | | |
| 116. AB International Strategic Equities Portfolio (STEYX) | A | Dividend | L | T | Buy (add'l) | 02/06/20 | J | | |
| 117. AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 118. Bernstein Emerging Mkts Fund (SNEMX) | A | Dividend | J | T | | | | | |
| 119. Overlay A Portfolio Class 1 (SAOOX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Overlay B Portfolio Class (SBOOX) | D | Dividend | J | T | Buy (add'l) | 12/18/20 | J | | |
| 121. Account #3 (H) | | | | | | | | | |
| 122. AB High Income Fund (AGDZX) | A | Dividend | K | T | Buy | 06/01/20 | K | | |
| 123. Bernstein Diversified Municipal Portfolio (SNDPX) | D | Dividend | O | T | Buy (add'l) | 01/13/20 | K | | |
| 124. | | | | | Buy (add'l) | 02/06/20 | J | | |
| 125. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 126. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 127. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 128. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 129. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 130. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 131. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 132. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 133. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 134. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 135. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. AB Discovery Value Fnd (ABYSX) | A | Dividend | K | T | Buy<br>(add'l) | 04/16/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 140. AB Discovery Growth Fnd (CHCYX) | A | Dividend | K | T | Buy<br>(add'l) | 12/10/20 | J | | |
| 141. AB Small Cap Core Portfolio Adv<br>(SCRYX) | A | Dividend | J | T | Sold<br>(part) | 09/18/20 | J | | |
| 142. Adobe Systems Inc (ADBE) | | None | J | T | | | | | |
| 143. Aecom (ACM) (X) | | None | J | T | | | | | |
| 144. Align Technology Inc (ALGN) (X) | | None | J | T | | | | | |
| 145. Alphabet Inc-Cl C (GOOG) | | None | J | T | Sold<br>(part) | 06/08/20 | J | A | |
| 146. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 147. American Campus Communities (ACC) (X) | A | Dividend | J | T | | | | | |
| 148. Amazon (AMZN) | | None | | | Buy | 01/09/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 150. | | | | | Sold | 02/05/20 | J | A | |
| 151. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 152. Americold Realty Trust (COLD) (X) | A | Dividend | J | T | | | | | |
| 153. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 155.  Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 156.  Autozone Inc (AZO) | | None | J | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 157.  Bank of America (BAC) | A | Dividend | J | T | Buy<br>(add'l) | 11/23/20 | J | | |
| 158.  Booz Allen Hamilton Holding (BAH) (X) | A | Dividend | J | T | | | | | |
| 159.  Berkshire Hathaway (BRK.A) | | None | | | Sold | 09/28/20 | J | A | |
| 160.  Boeing Co/The (BA) (Y) | | | | | | | | | |
| 161.  Booking Holdings Inc (BKNG) | | None | | | Sold<br>(part) | 01/17/20 | J | A | |
| 162. | | | | | Sold | 08/24/20 | J | A | |
| 163.  Broadcom Inc (AVGO) (Y) | | | | | | | | | |
| 164.  CBRE Group Inc (CBRE) | | None | J | T | | | | | |
| 165.  CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 166.  Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 167.  Cisco Systems Inc (CSCO) | A | Dividend | | | Sold | 08/28/20 | J | A | |
| 168.  Citigroup Inc (C) | A | Dividend | J | T | Sold<br>(part) | 11/16/20 | J | | |
| 169.  Citrix Systems Inc (CXTS) | A | Dividend | J | T | | | | | |
| 170.  CME Group Inc (CME) | A | Dividend | J | T | Buy | 12/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 172. Costco Whlse Corp (COST) | A | Dividend | J | T | | | | | |
| 173. CSX Corporation (CSX) (X) | A | Dividend | J | T | | | | | |
| 174. CubeSmart (CUBE) (Y) | | | | | | | | | |
| 175. Deckers Outdoor Corporation (DECK) (X) | | None | J | T | | | | | |
| 176. Dollar General Corporation (DG) (X) | A | Dividend | J | T | | | | | |
| 177. Delta Air Lines (DAL) | A | Dividend | | | Sold | 04/24/20 | J | | |
| 178. Eaton Corporation (ETN) | A | Dividend | J | T | | | | | |
| 179. Edwards Lifesciences (EW) | | None | J | T | | | | | |
| 180. Electronic Arts (EA) | A | Dividend | J | T | | | | | |
| 181. EOG Resources (EOG) | A | Dividend | J | T | | | | | |
| 182. Everest Re Group Ltd (RE) (Y) | | | | | | | | | |
| 183. Facebook Inc-A (FB) | | None | J | T | | | | | |
| 184. Fidelity National Information (FIS) (Y) | | | | | | | | | |
| 185. FNF Group (FNF) (Y) | | | | | | | | | |
| 186. F5 Networks (FFLV) (Y) | | | | | | | | | |
| 187. Genpact Limited (G) (X) | A | Dividend | J | T | | | | | |

1 Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Gilead Sciences (GILD) | | None | | | Sold | 01/17/20 | J | | |
| 189. Goldman Sachs Group Inc. (GS) | A | Dividend | J | T | | | | | |
| 190. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 191. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 192. Ingersoll Rand Inc (IR) (X) | A | Dividend | J | T | | | | | |
| 193. Intel Corp (INTC) (Y) | | | | | | | | | |
| 194. JP Morgan Chase & Co (JPM) (Y) | | | | | | | | | |
| 195. KLA Corporation (KLAC) (X) | A | Dividend | J | T | | | | | |
| 196. Knight Swift Transportation (KNX) (X) | | None | J | T | | | | | |
| 197. LPL Financial Holdings Inc (LPLA) (X) | | None | J | T | | | | | |
| 198. LyondellBaseball Industries (LYB) (X) | A | Dividend | J | T | | | | | |
| 199. L3Harris Technologies Inc (LHX) (X) | A | Dividend | J | T | | | | | |
| 200. Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 201. Mcdonald's Corp (MCD) (Y) | | | | | | | | | |
| 202. Medtronic Plc (MDT) | A | Dividend | J | T | Buy (add'l) | 01/28/20 | J | | |
| 203. Merck & Co. Inc (MRK) (Y) | | | | | | | | | |
| 204. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 206. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 207. Nike Inc-CL B (NKE) | A | Dividend | J | T | | | | | |
| 208. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 209. Novo Nordisk (NVO) (Y) | | | | | | | | | |
| 210. NVIDIA (NVDA) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 211. NXP Semiconductors N V (NXPI) (X) | A | Dividend | J | T | | | | | |
| 212. Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 213. Paypal Holdings Inc (PYPL) | | None | J | T | | | | | |
| 214. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 215. Pfizer (PFE) | A | Dividend | | | Sold | 11/16/20 | J | A | |
| 216. Phillips 66 (PSX) | A | Dividend | | | Sold | 03/10/20 | J | | |
| 217. PNC Financial Svcs (PNC) (X) | A | Dividend | J | T | | | | | |
| 218. Procter & Gamble (PG) | A | Dividend | J | T | Sold (part) | 11/16/20 | J | A | |
| 219. Progressive Corp (PGR) | A | Dividend | J | T | | | | | |
| 220. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 221. Raytheon Company (RTN) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Regency Centers Corp (REG) (Y) | | | | | | | | | |
| 223. Regeneron Pharmaceuticals (REGN) | | None | J | T | | | | | |
| 224. Reinsurance Group of America (RGA) | A | Dividend | J | T | | | | | |
| 225. Roche Holding (RHHBY) | A | Dividend | J | T | | | | | |
| 226. Ross Stores Inc. (ROST) (Y) | | | | | | | | | |
| 227. Royal Dutch Shell PLC-ADR (RDS.A) | A | Dividend | | | Sold<br>(part) | 03/06/20 | J | | |
| 228. | | | | | Sold<br>(part) | 09/22/20 | J | | |
| 229. | | | | | Sold | 10/07/20 | J | | |
| 230. Starbucks Corp (SBUX) (Y) | | | | | | | | | |
| 231. Sun Communities Inc (SUI) (Y) | | | | | | | | | |
| 232. Southwest Airlines Co (LUV) | | None | J | T | Buy | 10/23/20 | J | | |
| 233. Synchrony Financial (SYF) (Y) | | | | | | | | | |
| 234. Take Two Interactive Software (TTWO) (X) | | None | J | T | | | | | |
| 235. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 236. TJX Companies (TJX) | A | Dividend | J | T | | | | | |
| 237. Total Systems Services Inc (TSS) (Y) | | | | | | | | | |
| 238. United Rentals Inc (URI) (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 240. US Foods Holding Corp (USFD) | | None | | | Sold | 05/15/20 | J | | |
| 241. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 242. Vertex Pharmaceuticals (VRTX) | | None | J | T | | | | | |
| 243. Visa Inc. - Class A Shares (V) | A | Dividend | J | T | Buy<br>(add'l) | 10/12/20 | J | | |
| 244. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 245. VMWare Inc Cl A (VMW) (X) | | None | J | T | | | | | |
| 246. Wal-mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 247. Walt Disney Co (DIS) (Y) | | | | | | | | | |
| 248. Wells Fargo (WFC) (Y) | | | | | | | | | |
| 249. Westlake Chemical Corp (WLK) | A | Dividend | J | T | | | | | |
| 250. Xerox (XRX) (Y) | | | | | | | | | |
| 251. Xilinx Inc (XLNX) | A | Dividend | J | T | | | | | |
| 252. Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 253. Bernstein Tax-Managed International Portfolio (SNIVX) | A | Dividend | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 254. | | | | | Sold<br>(part) | 06/01/20 | K | E | |
| 255. | | | | | Sold | 11/16/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. AB International Strategic Equities Portfolio (STEYX) | B | Dividend | M | T | Buy (add'l) | 05/01/20 | J | | |
| 257. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 258. AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | Buy (add'l) | 05/01/20 | J | | |
| 259. AB Emerging Markets Port (SNEMX) | B | Dividend | K | T | | | | | |
| 260. Tax-Aware Overlay A Portfolio (SBTOX) | B | Dividend | M | T | | | | | |
| 261. Tax-Aware Overlay B Portfolio (SBTTX) | D | Dividend | N | T | Buy (add'l) | 11/16/20 | K | | |
| 262. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 263. Account #4 (H) | | | | | | | | | |
| 264. Alliance Bernstein (cash) (Y) | | | | | | | | | |
| 265. AB High Income-ADV (AGDZX) | A | Dividend | K | T | Buy | 06/01/20 | J | | |
| 266. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 267. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 268. Bernstein Diversified Municipal Portfolio (SNDPX) | D | Dividend | N | T | Buy (add'l) | 02/06/20 | J | | |
| 269. | | | | | Sold (part) | 01/29/20 | J | B | |
| 270. | | | | | Sold (part) | 02/26/20 | J | C | |
| 271. | | | | | Sold (part) | 03/27/20 | J | C | |
| 272. | | | | | Sold (part) | 04/28/20 | J | C | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 05/27/20 | J | C | |
| 274. | | | | | Sold<br>(part) | 06/01/20 | J | B | |
| 275. AllianceBernstein Discovery Value Fund (ABASX) | A | Dividend | J | T | Buy<br>(add'l) | 09/18/20 | J | | |
| 276. AllianceBernstein Discovery Growth Fund (CHCLX) | A | Dividend | J | T | Buy<br>(add'l) | 12/10/20 | J | | |
| 277. AB Small Cap Core Portfolio (SCRYX) | A | Dividend | J | T | Sold<br>(part) | 09/18/20 | J | A | |
| 278. Adobe Systems Inc (ADBE) | | None | J | T | | | | | |
| 279. Aecom (ACM) (X) | | None | J | T | | | | | |
| 280. Align Technology Inc (ALGN) (X) | | None | J | T | | | | | |
| 281. Alphabet Inc-CL C (GOOG) | | None | J | T | Sold<br>(part) | 06/08/20 | J | B | |
| 282. Altria Group Inc (MO) (Y) | | | | | | | | | |
| 283. Amazon.Com (AMZN) | | None | | | Buy | 01/03/20 | J | | |
| 284. | | | | | Sold | 02/05/20 | J | B | |
| 285. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 286. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 287. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 288. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 289. Autozone Inc (AZO) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  Bank of America (BAC) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/20 | J | | |
| 291.  Berkshire Hathaway (BRK.A) | | None | | | Sold | 09/28/20 | J | B | |
| 292.  Boeing Co/The (BA) (Y) | | | | | | | | | |
| 293.  Booking Holdings Inc (BKNG) | | None | | | Sold | 08/24/20 | J | B | |
| 294.  Broadcom Inc (AVGO) (Y) | | | | | | | | | |
| 295.  CBRE Group Inc (CBRE) (Y) | | | | | | | | | |
| 296.  Cdw Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 297.  Check Point Software (CHKP) (Y) | | | | | | | | | |
| 298.  Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 299.  Cisco Systems Inc (CSCO) (Y) | | | | | | | | | |
| 300.  Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 301.  Citrix Systems (CTXS) (X) | A | Dividend | J | T | | | | | |
| 302.  Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 303.  Constellation Brands Inc-A (STZ) (Y) | | | | | | | | | |
| 304.  Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 305.  CSX Corporation (CSX) (X) | A | Dividend | J | T | | | | | |
| 306.  CubeSmart (CUBE) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. Deckers Outdoor Corporation (DECK) (X) | | None | J | T | | | | | |
| 308. Dollar General Corporation (DG) (X) | A | Dividend | J | T | | | | | |
| 309. Delta Air Lines (DAL) (Y) | | | | | | | | | |
| 310. Eaton Corp (ETN) | A | Dividend | J | T | | | | | |
| 311. Edwards Lifeciences (EW) | | None | J | T | | | | | |
| 312. Electronic Arts (EA) | A | Dividend | J | T | | | | | |
| 313. Eli Lilly (LLY) (Y) | | | | | | | | | |
| 314. EOG Resources (EOG) | A | Dividend | J | T | | | | | |
| 315. Everest RE Group LTD (RE) (Y) | | | | | | | | | |
| 316. Facebook Inc-A (FB) | | None | J | T | | | | | |
| 317. Fidelity National Information (FIS) (Y) | | | | | | | | | |
| 318. FNF Group (FNF) (Y) | | | | | | | | | |
| 319. Gilead Sciences Inc (GILD) | | None | | | Sold | 01/17/20 | J | A | |
| 320. Genpact Limited (G) (X) | A | Dividend | J | T | | | | | |
| 321. Goldman Sachs Group (GS) | A | Dividend | J | T | | | | | |
| 322. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 323. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.   Ingersoll Rand Inc (IR) (X) | None | | J | T | | | | | |
| 325.   JP Morgan Chase & Co (JPM) (Y) | | | | | | | | | |
| 326.   KLA Corporation (KLAC) (X) | A | Dividend | J | T | | | | | |
| 327.   LPL Financial Holdings Inc (LPLA) (X) | A | Dividend | J | T | | | | | |
| 328.   LyondellBaseball Industries (LYB) (X) | A | Dividend | J | T | | | | | |
| 329.   L3Harris Technologies Inc (LHX) (X) | A | Dividend | J | T | | | | | |
| 330.   Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 331.   Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 332.   Merck & Co. Inc (MRK) (Y) | | | | | | | | | |
| 333.   Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 334.   Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 335.   Nextera Energy (NEE) (X) | A | Dividend | J | T | | | | | |
| 336.   Nike Inc. - Cl B (NKE) | A | Dividend | J | T | | | | | |
| 337.   Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 338.   Novo Nordisk (NVO) (Y) | | | | | | | | | |
| 339.   NVIDIA Corp (NVDA) (X) | A | Dividend | J | T | | | | | |
| 340.   NXP Semiconductors N V (NXPI) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 342.  Paypal Holdings Inc (PYPL) | | None | J | T | | | | | |
| 343.  Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 344.  Pfizer Inc (PFE) (Y) | | | | | | | | | |
| 345.  Phillips 66 (PSX) (Y) | | | | | | | | | |
| 346.  PNC Financial Svcs Group Inc (PNC) | A | Dividend | J | T | | | | | |
| 347.  Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 348.  Progressive Corp (PGR) | A | Dividend | J | T | | | | | |
| 349.  Qualcomm (QCOM) (X) | A | Dividend | J | T | | | | | |
| 350.  Raytheon Company (RTN) (Y) | | | | | | | | | |
| 351.  Regency Centers Corp (REG) (Y) | | | | | | | | | |
| 352.  Regeneron Pharmaceuticals (REGN) | | None | J | T | | | | | |
| 353.  Reinsurance Group of America (RGA) | A | Dividend | J | T | | | | | |
| 354.  Roche Holding Ltd (RHHBY) | A | Dividend | J | T | | | | | |
| 355.  Ross Stores Inc (ROST) (Y) | | | | | | | | | |
| 356.  Royal Dutch Shell PLC (RDS.A) (Y) | | | | | | | | | |
| 357.  S&P Global Inc (SPGI) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.   Southwest Airlines Co (LUV) (X) | None | | J | T | | | | | |
| 359.   Starbucks Corp (SBUX) (Y) | | | | | | | | | |
| 360.   Sun Communities Inc (SUI) (Y) | | | | | | | | | |
| 361.   Synchrony Financial (SYF) (Y) | | | | | | | | | |
| 362.   Take Two Interactive Software (TTWO) (X) | None | | J | T | | | | | |
| 363.   T-Mobile US Inc (TMUS) (Y) | | | | | | | | | |
| 364.   Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 365.   TJX Companies (TJX) | A | Dividend | J | T | | | | | |
| 366.   United Rentals Inc (URI) (X) | None | | J | T | | | | | |
| 367.   Unitedhealth Group (UNH) | A | Dividend | J | T | | | | | |
| 368.   US Foods Holding Corp (USFD) (Y) | | | | | | | | | |
| 369.   Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 370.   Vertex Pharmaceuticals Inc (VRTX) | None | | J | T | | | | | |
| 371.   Visa Inc Class A Shrs (V) | A | Dividend | J | T | | | | | |
| 372.   Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 373.   Walt Disney (DIS) (Y) | | | | | | | | | |
| 374.   Wells Fargo (WFC) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Westlake Chemical Corp (WLK) | A | Dividend | J | T | | | | | |
| 376. Xilinx Inc (XLNX) (X) | A | Dividend | J | T | | | | | |
| 377. Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 378. Bernstein Tax-Managed Int'l Portfolio (SNIVX) | A | Dividend | | | Sold<br>(part) | 06/01/20 | J | D | |
| 379. | | | | | Sold | 06/26/20 | J | C | |
| 380. AB International Strategic Equities (STEYX) | B | Dividend | M | T | | | | | |
| 381. AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 382. Bernstein Emerging Mkts (SNEMX) | A | Dividend | J | T | | | | | |
| 383. Tax-Aware Overlay A Portfolio Class 1 (SATOX) | B | Dividend | M | T | | | | | |
| 384. Tax-Aware Overlay B Portfolio Class 1 (SBTOX) | C | Dividend | M | T | | | | | |
| 385. Exelon Corporation (EXC) | A | Dividend | J | T | | | | | |
| 386. Account #5 (H) | | | | | | | | | |
| 387. AB High Income-ADV (AGDYX) | A | Dividend | J | T | Buy | 06/01/20 | J | | |
| 388. Bernstein Div. Mun (SNDPX) | A | Dividend | M | T | Buy<br>(add'l) | 02/06/20 | J | | |
| 389. AB Discovery Value Fund (ABYSX) | A | Dividend | J | T | Buy<br>(add'l) | 09/18/20 | J | | |
| 390. AB Discovery Growth (CHCYX) | A | Dividend | J | T | Buy<br>(add'l) | 12/10/20 | J | | |
| 391. AB Small Cap Core Portfolio Adv Cl (SCRYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Adobe Inc (ADBE) (X) | | None | J | T | | | | | |
| 393. Aecom (ACM) (X) | | None | J | T | | | | | |
| 394. Align Technology Inc (ALGN) (X) | | None | J | T | | | | | |
| 395. Alphabet Inc Cl-C (GOOG) | | None | J | T | | | | | |
| 396. Amazon.Com Inc (AMZN) | | None | | | Buy | 01/06/20 | J | | |
| 397. | | | | | Sold | 02/05/20 | J | A | |
| 398. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 399. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 400. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 401. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | | | | | |
| 402. Autozone Inc (AZO) | | None | J | T | | | | | |
| 403. Bank of America (BAC) | A | Dividend | J | T | Buy (add'l) | 11/18/20 | J | | |
| 404. Berkshire Hathaway (BRK.A) | | None | | | Sold | 09/28/20 | J | A | |
| 405. Boeing Co/The (BA) (Y) | | | | | | | | | |
| 406. Booking Holdings Inc (BKNG) | | None | | | Sold | 08/24/20 | J | A | |
| 407. Broadcom Inc (AVGO) (Y) | | | | | | | | | |
| 408. CBRE Group Inc (CBRE) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 410. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 411. Cisco Systems Inc (CSCO) (Y) | | | | | | | | | |
| 412. Citigroup (C) (Y) | | | | | | | | | |
| 413. Citrix Systems Inc (CTXS) (X) | A | Dividend | J | T | | | | | |
| 414. Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 415. Costco Wholesale (COST) | A | Dividend | J | T | | | | | |
| 416. CSX Corporation (CSX) (X) | A | Dividend | J | T | | | | | |
| 417. Deckers Outdoor Corporation (DECK) (X) | | None | J | T | | | | | |
| 418. Delta Air Lines Inc (DAL) (Y) | | | | | | | | | |
| 419. Dollar General Corp (DG) (X) | A | Dividend | J | T | | | | | |
| 420. Edwards Lifesciences (EW) | | None | J | T | | | | | |
| 421. Electronic Arts (EA) | | None | J | T | | | | | |
| 422. EOG Resources Inc (EOG) | A | Dividend | J | T | | | | | |
| 423. Everest Re Group Ltd (RE) (Y) | | | | | | | | | |
| 424. Facebook Inc-A (FB) | | None | J | T | | | | | |
| 425. Fidelity National Information (FIS) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  FNF Group (FNF) (Y) | | | | | | | | | |
| 427.  Gilead Sciences (GILD) | | None | | | Sold | 01/17/20 | J | A | |
| 428.  Genpact Limited (G) (X) | A | Dividend | J | T | | | | | |
| 429.  Goldman Sachs Group Inc (GS) | A | Dividend | J | T | | | | | |
| 430.  Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 431.  Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 432.  HP Inc (HPQ) (Y) | | | | | | | | | |
| 433.  JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold | 05/15/20 | J | A | |
| 434. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 435.  KLA Corporation (KLAC) (X) | A | Dividend | J | T | | | | | |
| 436.  LPL Financial Holdings Inc (LPLA) (X) | A | Dividend | J | T | | | | | |
| 437.  LyondellBaseball Industries (LYB) (X) | A | Dividend | J | T | | | | | |
| 438.  L3Harris Technologies Inc (LHX) (X) | A | Dividend | J | T | | | | | |
| 439.  Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 440.  Marathon Petroleum Corp (MPC) (Y) | | | | | | | | | |
| 441.  Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 442.  Merck & Co (MRK) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 444. Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 445. Nextera Energy Inc (NEE) (X) | A | Dividend | J | T | | | | | |
| 446. Nike Inc - CL B (NKE) | A | Dividend | J | T | | | | | |
| 447. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 448. Novo Nordisk (NVO) (Y) | | | | | | | | | |
| 449. NVIDIA Corp (NVDA) (X) | A | Dividend | J | T | | | | | |
| 450. NXP Semiconductors N V (NXPI) (X) | A | Dividend | J | T | | | | | |
| 451. Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 452. Paypal Holdings Inc (PYPL) | | None | J | T | | | | | |
| 453. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 454. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 455. Phillips 66 (PSX) (Y) | | | | | | | | | |
| 456. PNC Financial Svcs Group Inc (PNC) (X) | A | Dividend | J | T | | | | | |
| 457. Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 458. Progressive Corp (PGR) | A | Dividend | J | T | | | | | |
| 459. Qualcomm Inc (QCOM) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. Raytheon Company (RTN) (Y) | | | | | | | | | |
| 461. Regency Centers Corp (REG) (Y) | | | | | | | | | |
| 462. Regeneron Pharmaceuticals (REGN) | | None | J | T | | | | | |
| 463. Reinsurance Group of America (RGA) | A | Dividend | J | T | | | | | |
| 464. Roche Holding (RHHBY) | A | Dividend | J | T | | | | | |
| 465. Ross Stores Inc (ROST) (Y) | | | | | | | | | |
| 466. Royal Dutch Shell PLC-ADR (RDS.A) (Y) | | | | | | | | | |
| 467. Southwest Airlines Co (LUV) (X) | | None | J | T | | | | | |
| 468. Starbucks Corp (SBUX) (Y) | | | | | | | | | |
| 469. Synchrony Financial (SYF) (Y) | | | | | | | | | |
| 470. Take Two Interactive Software (TTWO) (X) | | None | J | T | | | | | |
| 471. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 472. TJX Companies (TJX) | | None | J | T | | | | | |
| 473. Total System Services Inc (TSS) (Y) | | | | | | | | | |
| 474. United Rentals Inc (URI) (X) | | None | J | T | | | | | |
| 475. Unitedhealth Group (UNH) | A | Dividend | J | T | | | | | |
| 476. US Foods Holding Corp (USFD) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 02/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 478.  Vertex Pharmaceuticals Inc (VRTX) | | None | J | T | | | | | |
| 479.  VISA Inc (V) | A | Dividend | J | T | | | | | |
| 480.  VMware Inc (VMW) (Y) | | | | | | | | | |
| 481.  Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 482.  Walt Disney Co (DIS) (Y) | | | | | | | | | |
| 483.  Wells Fargo (WFC) (Y) | | | | | | | | | |
| 484.  Westlake Chemical Corp (WLK) | A | Dividend | J | T | | | | | |
| 485.  Xilinx Inc (XLNX) | A | Dividend | J | T | | | | | |
| 486.  Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 487.  Bernstein Tax-Man Inter. (SNIVX) | | None | | | Sold<br>(part) | 06/01/20 | J | | |
| 488. | | | | | Merged<br>(with line 489) | 12/07/20 | J | | |
| 489.  AB International Strategic Equities Portfolio (STEYX) | A | Dividend | L | T | | | | | |
| 490.  AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 491.  Bernstein Emerging Market (SNEMX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 02/16/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **John R. Padova**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544